M. D. HATHAWAY ET AL., APPELLANTS, V. F. NELSON ET AL., APPELLEES.

FILED JUNE 15, 1897. No. 7365.

Foreclosure of Tax Lien: LIMITATION OF ACTION. An action for the foreclosure of a tax lien cannot be maintained after the lapse of more than nine years from the date of the tax sale by virtue of which such lien is claimed to have originated.

APPEAL from the district court of Knox county. Heard below before ROBINSON, J.. *Affirmed.*

*Joy, Call & Joy,* for appellants.

*J. C. Robinson, Solomon Draper,* and *Isaac Powers, Jr., contra.*

RYAN, C.

This action was tried in the district court of Knox county as one for the foreclosure of liens for taxes paid on certain real estate assessed for the years from 1875 to 1881, inclusive. The tax sale for the payment of these taxes was had on January 15, 1883. Subsequently, the assignee of the certificate of purchase paid taxes on the same land for the years beginning with the year 1882 and ending with the year 1890, inclusive of those first and

last named.   This action was begun May 14, 1892, consequently between that time and the date of the aforesaid sale a period of more than nine years had intervened. The bar of the statute was for this reason complete before this suit was instituted.   (See *Alexander v. Thacker*, 43· Neb., 494, and cases therein cited.)   The judgment of the district court dismissing plaintiffs' action is therefore

AFFIRMED.